

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2021

No. 04-21-00409-CR

**EX PARTE** Mark **HOWERTON,**
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR2399
Honorable Michael E. Mery, Judge Presiding

## O R D E R

On October 11, 2021, court reporter Kay Gittinger filed a notification of late record requesting an additional 30 days to complete the reporter's record. The request is GRANTED. Ms. Gittinger is ORDERED to file the reporter's record with this court **no later than November 8, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court